E-FILED 3/24/16
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **NATIONAL IMMIGRATION LAW CENTER**, | Case No. 2:14-cv-09632-PSG-PJW |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT**, | |
| Defendant. | |

## JUDGMENT

On December 11, 2015, the Court issued an order granting in part and denying in part Defendant's Motion for Summary Judgment and denying Plaintiff's Cross-Motion for Summary Judgment. Dkt. 64. The Court ordered Plaintiff to submit additional documentation to Plaintiff by February 9, 2016. *Id.* Furthermore, the Court stated that any new motion for summary judgment must be filed by February 23, 2016. *Id.*

Defendant complied with the Court's order to submit additional documentation to Plaintiff by February 9, 2016. Dkt. 66. On February 26, 2016, Plaintiff notified the Court that no additional motions for summary judgment will be filed by either party. *Id.* Accordingly, JUDGMENT IS HEREBY ENTERED for Defendant.

IT IS SO ORDERED, this 24th day of March, 2016.

PHILIP S. GUTIERREZ
_____
Philip S. Gutierrez
United States District Judge